

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2015

No. 04-14-00827-CV

**PERSONAL TOUCH HOLDING CORP.**, and PT Intermediate Holding, Inc.,
Appellants

v.

**LMS CONSULTING, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00450
Peter Sakai, Judge Presiding

# O R D E R

Appellee's motion for leave to file a surreply is GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court